**Dismiss and Opinion Filed August 23, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-01027-CV

**KETTAN PATEL, BHARAT PATEL, AND JAYESH PATEL, IN THEIR INDIVIDUAL CAPACITY AND ON BEHALF OF CENTENNIAL LODGING, INC. AND CENTER POINT LODGING, INC., Appellants**

**V.**

**JAGADISHKUMAR MAGANBHAI AND ANKEET "KEITH" PATEL, Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-15036**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Smith
Opinion by Justice Osborne

By motions filed August 11, 2022 and August 16, 2022, the parties inform the

Court they have settled their differences and move to dismiss the appeal. *See* TEX.

R. APP. P. 42.1(a). We grant the motions and dismiss the appeal. *See id.*

/Leslie Osborne//

211027f.p05

LESLIE OSBORNE
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

KETTAN PATEL, BHARAT PATEL, AND JAYESH PATEL, IN THEIR INDIVIDUAL CAPACITY AND ON BEHALF OF CENTENNIAL LODGING, INC. AND CENTER POINT LODGING, INC., Appellants

No. 05-21-01027-CV        V.

JAGADISHKUMAR MAGANBHAI AND ANKEET "KEITH" PATEL, Appellees

On Appeal from the 160th Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-19-15036. Opinion delivered by Justice Osborne, Justices Schenck and Smith participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

As agreed by the parties, we **ORDER** that each party bear its own costs of this appeal.  We **DIRECT** Dallas County District Clerk Felicia Pitre to release to Kettan Patel, Bharat Patel, and Jayesh Patel the cash deposit in lieu of supersedeas bond they paid into the trial court's registry on November 17, 2021.

Judgment entered this 23rd day of August 2022.